IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02982-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

THOMAS STOCKS,

    Plaintiff,

v.

LT. NATHAN FOGG,
SGT. MICHAEL MORRIS,
DEPUTY P. BOLTE,
MICHAEL BALDING,
DEPUTY LITWEITER,
JOHN WEILER,
DEPUTY ANTILLA, and
SGT. CHRISTOPHER GABRIEL,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff, Thomas Stocks, currently resides in Aurora, Colorado.  Mr. Stocks has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Stocks will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Stocks files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) __ is not submitted
(2) __ is not on proper form (must use the Court's current form)
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff has failed to respond to the questions regarding : (1) his spouse's income; (2) whether he receives or has received public assistance; (3) if he is unemployed at present; and (4) other information pertinent to his financial status.

**Complaint or Petition**:

(9) __ is not submitted
(10) __ is not on proper form (must use the Court's current form)
(11) __ is missing an original signature by Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other: _____

Accordingly, it is

ORDERED that Mr. Stocks cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Stocks files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Stocks shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Stocks fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 1, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge